```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ROBERT LEBRON,                      :
                  Plaintiff,        :
                                    :   ORDER
        -against-                   :
                                    :   07 Civ. 5539 (VM)(MHD)
DEPARTMENT OF CORRECTIONAL          :
SERVICES et al.,                    :
                                    :
                  Defendants.       :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **WEDNESDAY, FEBRUARY 13, 2008 at 10:00 AM**, at which time you are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        January 23, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Robert Lebron
05-A-3953
Southport Corr. Facility
PO Box 2000
Pine City, NY 14871

Morgan David Kunz
NYC Law Department,
Office of the Corporation Counsel
100 Church Street
Room 3-195
New York, NY 10007