```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
ROBERT LEBRON,                     :
               Plaintiff,          :
                                   :          ORDER
      -against-                    :
                                   :   07 Civ. 5539 (VM)(MHD)
DEPARTMENT OF CORRECTIONAL         :
SERVICES et al.,                   :
                                   :
               Defendants.         :
                                   :
-----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

A pre-trial telephone conference having been held with plaintiff and defendants' counsel on February 13, 2008,

It is hereby **ORDERED** as follows:

1. All discovery is to be completed by **May 31, 2008**.

2. The parties are to submit a joint pre-trial order by **July 15, 2008**, unless a potentially dispositive motion has been served by that date. To accomplish this, plaintiff is to provide his portion of the joint pre-trial order (including a statement of his claims, a list of his contentions of fact, a list of his trial witnesses, and a list of trial exhibits) to defendants' counsel by no later than **June 16, 2008**. Defendants are to provide the equivalent information to plaintiff by no later than **July 1,**

2008. Defendants' counsel is to meet with plaintiff in an attempt to agree on stipulations of fact and admissibility of exhibits by no later than **July 7, 2006**. Defendants' counsel is to arrange for the preparation of the final version of the joint pre-trial order and its signing and submission to the Court.

Dated: New York, New York

Dated: New York, New York
       February 14, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Robert Lebron
05-A-3953
Southport Corr. Facility
PO Box 2000
Pine City, NY 14871

Morgan David Kunz
NYC Law Department,
Office of the Corporation Counsel
100 Church Street
Room 3-195
New York, NY 10007