

Robert LeBron #05A3453
Southport Corr. Facility
P.O. Box 2000
Pine City, N.Y. 14871

Febuary 28, 2008

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl St. Room 660
New York, N.Y. 10007

07 CV 5539

(Permission to file an Amended Complaint) This is to correct the names of the defendants on my case (index No. 07 CV 5539) which were currently named John Doe #3-8. In unison with the first two defendants E.S.U. Captain Cariello #536 and E.S.U. officer O'Connell, #13433. From the newly turned in documents, I have determined that the other John Does #3-8 are as follows: C.O. Marrero #13928, Mitchell #15844, James #10111, Parra #16126, Simmons #6776 and C.O. Evans #4204. In addition, I will like to also correct another mistake which is also written down as part of the defendants section. It is not "Dept. of Correctional Services" but actually the "New York City Board of Correction", a seperate agency. Please correct this mistake and add the names & #'s of the defendants that were previously named John Doe #3-8.

-2-

If I need to present any evidence that will determin that these defendants in case were actually involved I will gladly enclose a copy with their names and numbers as well. Please bare with me if I have failed to file any papers inaccurately, I am filing this as a pro sé and I'm a novice in such a field. Once again, I apologize for any inconveniences I might have cause and I hope all will be corrected with no further complications.

Sincerely,
Robert A. Jebron

> Request GRANTED. Plaintiff is authorized to file an amended complaint in the form of the letter above adding the names of John Doe defendants previously unknown. Plaintiff is directed to serve defendants named with process under the applicable rules.
>
> SO ORDERED:
> 3-4-08
> DATE       VICTOR MARRERO, U.S.D.J.




**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**
**INVESTIGATIONS DIVISION**
**INVESTIGATION REPORT**

**CASE # 0446/07**

**UOF CASE #:** 0446/2007    **INVESTIGATOR:** ▮ Reyes, # 102

**FACILITY:** OBCC/CPSU

**TYPE OF FORCE:** "B" Use of Force

**DATE OF INCIDENT:** April 1, 2007

**TIME OF INCIDENT:** Approximately 1116 hours

**LOCATION OF INCIDENT:** 2 SouthWest, Cell # 27

**IDENTIFIED INMATE(S) INVOLVED:**

| NAME | B&C# | NYSID # | CELL |
|---|---|---|---|
| Robert Lebron | 875-07-00673 | 7683501J | 2 SouthWest, 27 Cell |

**IDENTIFIED STAFF INVOLVED:**

| | NAME | RANK | SHIELD# | DATE REPORT FILED |
|---|---|---|---|---|
| 1. | ▮Marrero | CO | 13928 | 04/01/07 |
| 2. | ▮James | CO | 10111 | 04/01/07 |
| 3. | ▮Mitchell | CO | 15847 | 04/01/07 |
| 4. | ▮Parra | CO | 16126 | 04/01/07 |
| 5. | ▮Simmons | CO | 6776 | 04/01/07 |
| 6. | Michael O'Connell | CO | 13433 | 04/01/07 |

**IDENTIFIED STAFF WITNESSES:**

| | NAME | RANK | SHIELD# | DATE REPORT FILED |
|---|---|---|---|---|
| 1. | Jerry Cariello | Captain | 536 | 04/01/07 |
| 7. | ▮Caines | CO | 2635 | 04/01/07 |
| 2. | ▮Evans | CO | 4204 | 04/01/07 |

**IDENTIFIED INMATE WITNESS:** None

**SUMMARY OF INCIDENT FROM STAFF REPORTS:**
On April 1, 2007, at approximately 1116 hours, in the OBCC/CPSU housing area of 2 SouthWest, Cell # 27, during an ESU special search, Inmate Robert Lebron, B&C # 875-07-00673, NYSID # 7683501J, refused to comply with search procedures. As per MD Khan, Inmate Lebron had no A&B contraindicators. Mental Health was not available. An ESU extraction team was assembled consisting of Officers O'Connell, # 13433 (polycarbon shield), James, # 10111 (Legs), Marrero, # 13928 (arms & chemical agents), Simmons, # 6776 (arms), Parra, # 16126 (mechanical restraints), Mitchell, # 15847 (leg irons), Caine, # 2635 (video recorder) and Officer Evans, # 4204 (Recorder), under the supervision of Captain Jerry Cariello, # 536. The team approached cell # 27 and Captain Cariello gave Inmate Lebron several orders to comply with search procedures. Captain Cariello informed Inmate Lebron that if he did not comply with the search procedures and exit his cell, that chemical agents would be used. Inmate Lebron continued to refuse to comply with all orders. Captain Cariello ordered the cell door to be slightly opened and for Officer Marrero to disperse a one-one second burst of 587 dust into the cell. Inmate Lebron continued to refuse to exit his cell and comply with search procedures. Captain Cariello then ordered Officer Marrero to disperse a second one-one second burst of 587 dust. It still did not achieve the desired affect. Captain Cariello then ordered a third one-one second burst of 587. Inmate Lebron still refused to comply. Captain Cariello ordered cell # 27 to be completely opened. Officer O'Connell struck Inmate Lebron with the polycarbon shield and pushed him back towards the rear of the cell. The other team members then grabbed the Inmate and applied their assigned control holds. Restraints were then applied and Inmate Lebron was then lifted up onto his feet and escorted out of the area and was then turned over to the facility escort to be taken to the CPSU Intake for the decontamination process and to wait for medical attention.