UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
ROBERT LEBRON,                        :
                                      :
                    Plaintiff,        :     07 Civ 5539
                                      :
        - against -                   :     **ORDER**
                                      :
CAPTAIN CARIELLO, et al.,             :
                                      :
                    Defendants.       :
----------------------------------X

**VICTOR MARRERO, United States District Judge.**

By Conditional Order of Discontinuance dated March 18, 2008 the Court directed the Clerk of Court to enter judgment dismissing the complaint herein without prejudice and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of March 18, 2008 the Clerk of Court is directed to dismiss the complaint without prejudice and to close this case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:    New York, New York
          26 March 2008

                                        VICTOR MARRERO
                                        U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3 2-6-08