UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT LEBRON,

                   Plaintiff,

-V-

CAPTAIN CARIELLO, ET AL.,
                 Defendants.
------------------ ----------------------------------------X

**07 CIVIL 5539 (VM)**
**JUDGMENT**

    By conditional Order of Discontinuance dated March 18, 2008 the Court directed the Clerk of Court to enter judgment dismissing the complaint herein without prejudice and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that th case remains listed on the Court's database of open cases. Accordingly, it is hereby **ORDERED** that in accordance with the Court's Order of March 18, 2008 the complaint is dismissed without prejudice and the case is closed.

DATED: NEW YORK, NY
       March 28, 2008

                                   J. Michael McMahon

                                      Clerk

                                **(By) Deputy Clerk**

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/28/08]