UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROBERT LEBRON,

                                  Plaintiff,

-against-

E.S.U. CAPTAIN CARIELLO # 536,
E.S.U. OFFICER O'CONNELL #13433,
DEPT. OF CORRECTIONAL SERVICES
C.O. MARRERO #13928,
C.O. MITCHELL #15847,
C.O. JAMES #10111,
C.O. PARRA #16126,
C.O. SIMMONS #6776,
C.O. EVANS #4204,

                                  Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 Civ. 5539 (VM) (MHD)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

      **WHEREAS,** plaintiff commenced this action by filing a complaint on or about June 11, 2007, alleging that certain of his federal and state rights were violated; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

      2. The City of New York hereby agrees to pay plaintiff ROBERT LEBRON the sum of FOUR HUNDRED NINETY DOLLARS AND FORTY EIGHT CENTS ($490.48) in

full satisfaction of all claims, including claims for costs, expenses, and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the named defendants, both served and unserved, Cariello, O'Connell, Dept of Correctional Services, "C.O. Marrero #13928", "C.O. Mitchell #15847", "C.O. James #10111", "C.O. Parra #16126", "C.O. Simmons #6776", and "C.O. Evans #4204", with prejudice, and to release all defendants and any present or former employees or agents of the City of New York, or any agency thereof, including, but not limited to the New York City Department of Correction, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

    3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit Concerning Liens.

    4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

    5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Department of Correction.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   New York, New York
         3/27        , 2008

Robert Lebron
#05-A-3953
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871

By: _____
    Robert Lebron
    Plaintiff *Pro Se*

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants Cariello and
O'Connell
100 Church Street, Room 3-195
New York, New York 10007
(212) 788-0422

By: _____
    Morgan D. Kunz
    Assistant Corporation Counsel

SO ORDERED: / April 2008

_____
HON. VICTOR MARRERO, U.S.D.J.

3